**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:        In re Miguel Angel Yepez

Appellate case number:    01-14-00679-CR

Trial court case number:  1412836

Trial court:                      174th District Court of Harris County

The Court requests a response to the petition for writ of mandamus from Real Party in Interest, the State of Texas.  The response, if any, is due by 5:00pm on Friday, August 22, 2014.

Further, Relator is **ORDERED** to inform the Court by 5:00pm on Monday, August 18, 2014, whether the question presented is moot, as it is noted the testing was to have taken place at 8:00am on Thursday, August 14, 2014.

It is so ORDERED.

Judge's signature: __/s/ Rebeca Huddle
                              X  Acting individually     ☐ Acting for the Court

Date:  August 14, 2014